UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Saxon Mortgage Services, Inc. | Case No. 1:07-cv-618 |
| Plaintiff, | Judge Christopher A. Boyko |
| vs. | **ORDER CANCELLING SALE PROCEEDINGS, VACATING JUDGMENT, AND DISMISSING CASE** |
| Charles Jacksonbey, et al. | |
| Defendants. | |

UNITED STATES DISTRICT JUDGE CHRISTOPHER A. BOYKO

This matter is before the Court on the motion of Plaintiff for an entry cancelling sale proceedings, vacating the judgment and decree of foreclosure entered in this case under Rule 60(b)(5) and for an order dismissing this case under Rule 41(a)(2) of the Federal Rules of Procedure. The Court hereby grants Plaintiff's motion. The judgment and decree of foreclosure entered in this case is hereby vacated and this action is hereby dismissed without prejudice at Plaintiff's costs. No sale date shall be set. The Clerk is hereby ordered to distribute $500.00 to James H. Hewitt, the assigned master commissioner, from Plaintiff's deposit and to distribute the remaining amount on deposit, in the amount of $630.00, to Plaintiff.

IT IS SO ORDERED.

Christopher A. Boyko
UNITED STATES DISTRICT JUDGE

**FILED**
JAN 31 2008
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

G:\Cases - TM\07-03970\motion to dismiss-080130-FFA.wpd